**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**


**Patricia Ricciardi**

       **v.**                            Case No. 06-cv-112-PB

**MBNA America Bank, et al.**


## O R D E R


    **Re:  Document Nos. 5, 11 Motions to Dismiss**

    **Ruling:**  Plaintiff has filed what appears to be a form complaint asserting causes of action that in some cases are frivolous and in other cases are purely conclusory.  In response to defendants' well supported motions to dismiss, plaintiff has stated only that she opposes the motions and that "Plaintiff further states that material facts have not been submitted and are still in question and, as a Rule of Law, Motion for Dismissal is improper." This response does not come close to being a meaningful answer to the arguments that the defendants raise in opposition to the complaints. Defendants' motions to dismiss (document nos. 5 and 11) are granted.


                                    /s/ Paul Barbadoro
                                    Paul Barbadoro
                                    District Judge

Date: June 14, 2006

cc:  Patricia Ricciardi, pro se
     Adam Olsham, Esq.
     William Saturley, Esq.
     Richard Bell, Esq.