UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Patricia Riccardi</u>

               v.                                              06-cv-112-PB

<u>MBNA America Bank, et al.</u>


<u>O R D E R</u>

The Plaintiff has failed to comply with the Order dated July 26, 2006, accordingly the case against the remaining defendants is dismissed.


SO ORDERED.


September 28, 2006                                            /s/ Paul Barbadoro
                                                                             Paul Barbadoro
                                                                             United States District Judge


cc:      Patricia Riccardi, Pro se
          Richard Bell, Esq.